■
**Elisha J. DAVIS, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

**No. ED 81193.**

Missouri Court of Appeals,
Eastern District,
Division Two.

March 25, 2003.

Emmett D. Queeener, Columbia, MO, for appellant.

John Munson Morris, III, Assistant Attorney General, Patrick T. Morgan, Jefferson City, MO, for respondent.

Before PAUL J. SIMON, P.J., GARY M. GAERTNER, SR., J. and KATHIANNE KNAUP CRANE, J.

*ORDER*

PER CURIAM.

Movant, Elisha J. Davis, appeals from the judgment denying on the merits his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find the motion court's judgment is not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).